No. 65970.—Shell Oil Company *v.* United States, protests 60/2405 and 60/19766 (Tampa).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 23, 1961

No. 65971.—Heinrich, Hermann & Weiss *v.* United States, protest 60/3948 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C.D. 1639), the claim of the plaintiff was sustained.

No. 65972.—R. J. Saunders & Co., Inc. *v.* United States, protests 59/15364 and 60/4997 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.

No. 65973.—Scope Instrument Corp. *v.* United States, protest 58/14812 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal map measures, not plated with platinum, gold, or silver, or colored with gold lacquer, similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

No. 65974.—Scope Instrument Corp. *v.* United States, protests 60/12204 and 60/12205 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal map measures, not plated with platinum, gold, or silver, or colored with gold lacquer, similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

No. 65975.—Florea & Co., Inc. *v.* United States, protests 302124–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the items marked "A" were held dutiable at 30 percent under paragraph 915, as modified, *supra*, as knit nylon gloves similar in use to cotton gloves, and the items marked "B" at 30 percent under paragraph 1208, as modified, *supra*, as knit nylon gloves similar in use to silk gloves.

No. 65976.—Florea & Co., Inc. *v.* United States, protests 314438–K, 317630–K, and 317752–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.